AO279,CUMMINGS,TERMED

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:19–cv–05538

Post Media Systems LLC v. Apple Inc.     Date Filed: 08/16/2019
Assigned to: Honorable Charles P. Kocoras   Date Terminated: 02/20/2020
Cause: 35:145 Patent Infringement    Jury Demand: Both
              Nature of Suit: 830 Patent
              Jurisdiction: Federal Question

**Plaintiff**

**Post Media Systems LLC**    represented by **Neil A Benchell**
              Devlin Law Firm
              1306 N. Broom Street
              1st Floor
              Wilmington, DE 19806
              302–449–9010
              Email: nbenchell@devlinlawfirm.com
              *ATTORNEY TO BE NOTICED*

              **Clifford Chad Henson**
              Devlin Law Firm LLC
              3036 Kinkaid Drive
              Dallas, TX 75220
              2147285365
              Email: chenson@devlinlawfirm.com
              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc.**       represented by **Benjamin Elacqua**
              Fish & Richardson P.c.
              1221 Mckinney Street, Suite 2800
              Houston, TX 77080
              (713) 654–5324
              Email: elacqua@fr.com
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

              **Betty H. Chen**
              Fish & Richardson P.C.
              500 Arguello Street
              Suite 500
              Redwood City, CA 94063
              (650) 839–5067
              Email: bchen@fr.com
              *PRO HAC VICE*
              *ATTORNEY TO BE NOTICED*

              **Lauren Abendshien**

200 South Wacker Drive
22nd Floor
Chicago, IL 60606
312–681–6000
Email: labendshien@goldmanismail.com
*ATTORNEY TO BE NOTICED*

**Michael T. Pieja**
Goldman Ismail Tomaselli Brennan & Baum Llp
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
(312) 681–6000
Email: mpieja@goldmanismail.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Google LLC**                          represented by **Brianne McNicholas Straka**
Quinn Emanuel Urquhart & Sullivan, LLP
191 N Wacker Dr
Suite 2700
Chicago, IL 60606
(312) 705–7415
Email: briannestraka@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2019 | Ï 1 | COMPLAINT *for Patent Infringement* filed by Post Media Systems LLC; Jury Demand. Filing fee $ 400, receipt number 0752–16146097. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 AO–120 Patent Report)(Henson, Clifford) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 2 | CIVIL Cover Sheet (Henson, Clifford) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 3 | ATTORNEY Appearance for Plaintiff Post Media Systems LLC by Clifford Chad Henson (Henson, Clifford) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 4 | ATTORNEY Appearance for Plaintiff Post Media Systems LLC by Neil A Benchell (Benchell, Neil) (Entered: 08/16/2019) |
| 08/16/2019 | Ï | CASE ASSIGNED to the Honorable Charles P. Kocoras. Designated as Magistrate Judge the Honorable Jeffrey Cummings. Case assignment: Random assignment. (jjr, ) (Entered: 08/16/2019) |
| 08/19/2019 | Ï | SUMMONS Issued as to Defendant Apple Inc. (lw, ) (Entered: 08/19/2019) |
| 08/19/2019 | Ï 5 | MAILED Patent report to Patent Trademark Office, Alexandria VA (cc, ) (Entered: 08/19/2019) |
| 08/20/2019 | Ï 6 | SUMMONS Returned Executed by Post Media Systems LLC as to Apple Inc. on 8/20/2019, answer due 9/10/2019. (Henson, Clifford) (Entered: 08/20/2019) |
| 09/09/2019 | Ï 7 | MOTION by Plaintiff Post Media Systems LLC for extension of time to file answer regarding complaint, 1 (Attachments: # 1 Text of Proposed Order)(Henson, Clifford) (Entered: 09/09/2019) |

| | | |
|---|---|---|
| 09/17/2019 | Ï 8 | NOTICE of Motion by Clifford Chad Henson for presentment of before Honorable Charles P. Kocoras on 9/24/2019 at 09:30 AM. (Henson, Clifford) (Entered: 09/17/2019) |
| 09/17/2019 | Ï 9 | MOTION by Plaintiff Post Media Systems LLC for extension of time – *Agreed Motion for Initial Extension of Time to File Answer* (Henson, Clifford) (Entered: 09/17/2019) |
| 09/23/2019 | Ï 10 | *Amended* NOTICE of Motion by Clifford Chad Henson for presentment of extension of time 9 before Honorable Charles P. Kocoras on 10/1/2019 at 09:30 AM. (Henson, Clifford) (Entered: 09/23/2019) |
| 09/23/2019 | Ï 11 | MINUTE entry before the Honorable Charles P. Kocoras: Agreed motion for initial extension of time to file answer 7 is denied as moot. Agreed motion for initial extension of time to file answer by 12/9/2019 9 is granted. Motion hearing set for 9/24/2019 is stricken, no appearance is required. Status hearing set for 12/10/2019 at 9:30 a.m. At the initial hearing, parties to report on the following: 1. Possibility of settlement. 2. If no possibility of settlement exists, the nature and length of discovery necessary to prepare the case for resolution. Lead counsel for each party is required to attend the initial hearing. Failure to appear at any scheduled court hearing may result in the dismissal of claims for want of prosecution. Pursuant to Local Rule 5.3(a)(1), service of motions and notice of motions must be accomplished no later than 4:00 p.m. of the third business day preceding the date of presentment. This includes delivering a hard copy of the motion and notice of motion to Courtroom Deputy, Vettina Franklin at room 1744B no later than 4:00 p.m. the day of filing. Failure to comply may result in the striking of the matter from the Court's motion call. The Court requires hard copies of all documents be submitted to Courtroom Deputy, Vettina Franklin at room 1744B the same day of filing. Failure to comply may result in the striking of the document from the record. The Court directs counsel's attention to its Motion Schedule and Case Management Procedures located at www.ilnd.uscourts.gov. Plaintiff is directed to advise all other parties of the Court's action herein. Mailed notice (vcf, ) (Entered: 09/23/2019) |
| 11/15/2019 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752–16446473. (Chen, Betty) (Entered: 11/15/2019) |
| 11/18/2019 | Ï 13 | MINUTE entry before the Honorable Charles P. Kocoras: Motion to appear pro hac vice 12 is granted. Mailed notice (vcf, ) (Entered: 11/18/2019) |
| 11/21/2019 | Ï 14 | ATTORNEY Appearance for Defendant Apple Inc. by Michael T. Pieja (Pieja, Michael) (Entered: 11/21/2019) |
| 11/21/2019 | Ï 15 | ATTORNEY Appearance for Defendant Apple Inc. by Lauren Abendshien (Abendshien, Lauren) (Entered: 11/21/2019) |
| 11/22/2019 | Ï 16 | MINUTE entry before the Honorable Charles P. Kocoras: By request and agreement of the parties, status hearing set for 12/10/2019 is reset to 12/17/2019 at 9:30 AM. Mailed notice (vcf, ) (Entered: 11/22/2019) |
| 11/22/2019 | Ï 17 | ATTORNEY Appearance for Defendant Apple Inc. by Benjamin Elacqua (Elacqua, Benjamin) (Entered: 11/22/2019) |
| 12/09/2019 | Ï 18 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Apple Inc.(Elacqua, Benjamin) (Entered: 12/09/2019) |
| 12/09/2019 | Ï 19 | NOTICE by Apple Inc. *of Filing of Corporate Disclosure Statement* (Elacqua, Benjamin) (Entered: 12/09/2019) |
| 12/11/2019 | Ï 20 | REPORT of Rule 26(f) Planning Meeting by Post Media Systems LLC (Henson, Clifford) (Entered: 12/11/2019) |
| 12/12/2019 | Ï 21 | MOTION by Defendant Apple Inc. to transfer case *to the Northern District of California* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit |

| | | |
|---|---|---|
| | | F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N)(Elacqua, Benjamin) (Entered: 12/12/2019) |
| 12/12/2019 | Ï<u>22</u> | NOTICE of Motion by Benjamin Elacqua for presentment of motion to transfer case, <u>21</u> before Honorable Charles P. Kocoras on 12/17/2019 at 09:30 AM. (Elacqua, Benjamin) (Entered: 12/12/2019) |
| 12/12/2019 | Ï<u>23</u> | REPORT of Rule 26(f) Planning Meeting by Post Media Systems LLC (Attachments: # <u>1</u> Exhibit 1)(Henson, Clifford) (Entered: 12/12/2019) |
| 12/16/2019 | Ï<u>24</u> | ATTORNEY Appearance for Movant Google LLC by Brianne McNicholas Straka (Straka, Brianne) (Entered: 12/16/2019) |
| 12/16/2019 | Ï<u>25</u> | MOTION by Movant Google LLC to reassign case , MOTION by Movant Google LLC to consolidate cases (Attachments: # <u>1</u> Google Complaint, # <u>2</u> Comparison of Google and Apple Complaints)(Straka, Brianne) (Entered: 12/16/2019) |
| 12/16/2019 | Ï<u>26</u> | NOTICE of Motion by Brianne McNicholas Straka for presentment of motion to reassign case, motion to consolidate cases <u>25</u> before Honorable Charles P. Kocoras on 12/19/2019 at 09:30 AM. (Straka, Brianne) (Entered: 12/16/2019) |
| 12/16/2019 | Ï<u>27</u> | ORDER Granting Motion to Transfer: Upon consideration of Apple Inc.'s Motion to Transfer, and all other pertinent papers, it is hereby: ORDERED that Apple Inc.'s Motion to Transfer is hereby <u>21</u> GRANTED; it is further ORDERED that this case is hereby transferred to the Northern District of California. Signed by the Honorable Charles P. Kocoras on 12/16/2019. Motion hearing set for 12/17/2019 is stricken. No appearance is required. Civil case terminated. Mailed notice(vcf, ) (Entered: 12/16/2019) |
| 12/16/2019 | Ï<u>28</u> | MINUTE entry before the Honorable Charles P. Kocoras: Order entered on 12/16/2019 <u>27</u> , is vacated. Motion hearing set for 12/17/2019 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 12/16/2019) |
| 12/17/2019 | Ï<u>29</u> | MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Defendant Apple Inc.'s motion to transfer venue to the Northern District of California <u>21</u> is entered and briefed as follows: Response is due by 1/21/2020; Reply is due by 1/28/2020. In court ruling is set for 2/27/2020 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 12/17/2019) |
| 12/19/2019 | Ï<u>30</u> | MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Third–Party Google LLC's unopposed motion for reassignment and consolidation and memorandum of law in support <u>25</u> is entered and continued. Mailed notice (vcf, ) (Entered: 12/19/2019) |
| 01/13/2020 | Ï<u>31</u> | TRANSCRIPT OF PROCEEDINGS held on 12/17/19 before the Honorable Charles P. Kocoras. Order Number: 37224. Court Reporter Contact Information: Krista Burgeson, krista_burgeson@ilnd.uscourts.gov, 312–435–5567.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/3/2020. Redacted Transcript Deadline set for 2/13/2020. Release of Transcript Restriction set for 4/13/2020. (Burgeson, Krista) (Entered: 01/13/2020) |
| 01/22/2020 | Ï<u>32</u> | MEMORANDUM by Post Media Systems LLC in Opposition to motion to transfer case, <u>21</u> (Attachments: # <u>1</u> Declaration of Clifford Henson, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7)(Henson, Clifford) (Entered: 01/22/2020) |

| | | |
|---|---|---|
| 01/22/2020 | 33 | MEMORANDUM by Post Media Systems LLC in Opposition to motion to transfer case, 21 *(corrected)* (Attachments: # 1 Declaration of Chad henson, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Henson, Clifford) (Entered: 01/22/2020) |
| 01/24/2020 | 34 | TRANSCRIPT OF PROCEEDINGS held on 12–19–2019 before the Honorable Charles P. Kocoras. Court Reporter Contact Information: Krista Burgeson, krista_burgeson@ilnd.uscourts.gov, 312–435–5567.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/14/2020. Redacted Transcript Deadline set for 2/24/2020. Release of Transcript Restriction set for 4/23/2020. (Burgeson, Krista) (Entered: 01/24/2020) |
| 01/28/2020 | 35 | REPLY by Defendant Apple Inc. to motion to transfer case, 21 (Attachments: # 1 Declaration of Benjamin Elacqua, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Elacqua, Benjamin) (Entered: 01/28/2020) |
| 02/20/2020 | 36 | MEMORANDUM Opinion: The Court grants Apple's motion to transfer to the Northern District of California. It is so ordered. Signed by the Honorable Charles P. Kocoras on 2/20/2020. Civil case terminated. Mailed notice(vcf, ) (Entered: 02/20/2020) |
| 02/21/2020 | 37 | TRANSFERRED to the Northern District of California the electronic record. (kp, ) (Entered: 02/21/2020) |